# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| TIMMIE EPPS | CIVIL ACTION NO. 18-0098 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| DAVID WAYNE GARY | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 7), after an independent review of the record, a *de novo* determination of the issues, noting the lack of objections filed herein, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that United States' Motion to Substitute Party and to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) (Record Document 5) is **GRANTED** and plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 15th day of August, 2018.

_/s/ Maurice Hicks/_
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT